# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GEOFF PARNUM,**

    **Plaintiff,**

v.                                  Case No:    6:16-cv-1874-Orl-40GJK

**BONNEVILLE BILLING & COLLECTIONS, INC. and DOES 1-10,**

    **Defendants.**

## ORDER TO SHOW CAUSE

    This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Orders (Doc. Nos. 3, 4) of October 28, 2016 directing counsel to review and certify compliance with Local Rule 1.04(d) by filing a Notice of Pendency of Other Actions and to file a Certificate of Interested Persons and Corporate Disclosure Statement. Therefore, it is

    **ORDERED** that the Plaintiff shall **SHOW CAUSE** and file his response to said Orders within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal without prejudice or other appropriate sanctions pursuant to Local Rule 3.10(a).

    **DONE** and **ORDERED** in Orlando, Florida, this 17th day of November 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record