# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GEOFF PARNUM,

      **Plaintiff,**

v.                                   Case No:  6:16-cv-1874-Orl-40GJK

BONNEVILLE BILLING &
COLLECTIONS, INC. and DOES 1-10,

      **Defendants.**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_  IS  related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

\_\_X\_\_  IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: 11/17/2016

/s/ Stan Maslona
_____
Counsel of Record or *Pro Se* Party
    [Address and Telephone]