# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Geoff Parnum,

        Plaintiff,

vs.

Bonneville Billing & Collections, Inc.; and DOES 1-10, inclusive,

        Defendants.

Case No.: 6:16-cv-01874-PGB-GJK

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, Geoff Parnum, through undersigned counsel, hereby respectfully submits this response to the Court's Order to Show Cause:

1. On November 17, 2016, the Court entered an Order requiring Plaintiff to show cause as to why a Notice of Pendency of Other Actions and a Certificate of Interested Persons and Corporate Disclosure Statement were not filed. (Doc. No. 5).

2. Due to a calendaring oversight, Plaintiff failed to timely file these documents. Plaintiff apologizes to the Court for this oversight.

3. On November 17, 2016, Plaintiff filed his Notice of Pendency of Related Cases (Doc. No. 6) and a Certificate of Interested Persons and Corporate Disclosure Statement (Doc. No. 7).

2

DATED:  November 17, 2016

        Respectfully submitted,

        By: /s/ *Stan Michael Maslona*
        Stan Michael Maslona, Esq.
        LEMBERG LAW, L.L.C.
        43 Danbury Road
        Wilton, CT 06897
        Telephone: (203) 653-2250
        Facsimile:   (888) 953-6237
        Email: smaslona@lemberglaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 17, 2016 a copy of the foregoing was filed electronically through the Court's CM/ECF system which sent notice of such filing to the following:

Bonneville Billing & Collections, Inc.
1186 E 4600 S, Suite 100
Ogden, UT 84403

                                                     */s/ Stan Michael Maslona*
                                                       Stan Michael Maslona