# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Geoff Parnum, | : |
| | : |
| | : Civil Action No.: 6:16-cv-01874-PGB-GJK |
| Plaintiff, | : |
| v. | : |
| | : |
| Bonneville Billing & Collections, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

Geoff Parnum ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 22, 2016

                                                  Respectfully submitted,
                                                  By /s/ Stan Michael Maslona
                                                  Stan Michael Maslona, Esq.
                                                  LEMBERG LAW, L.L.C.
                                                  A Connecticut Law Firm
                                                  43 Danbury Road, 3rd Floor
                                                  Wilton, CT 06897
                                                  Telephone: (203) 653-2250
                                                  Facsimile: (203) 653-3424
                                                  ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 22, 2016, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By /s/ Stan Michael Maslona

              Stan Michael Maslona, Esq.