## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

GEOFF PARNUM,

        Plaintiff,

v.                                        Case No:  6:16-cv-1874-Orl-40GJK

BONNEVILLE BILLING &
COLLECTIONS, INC. and DOES 1-10,

        Defendants.
_____/

## ORDER

This cause comes before the Court on review of Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action without Prejudice (Doc. 11) filed November 22, 2016.  The notice is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Circ. 1990) (per curiam). The Clerk of Court is **DIRECTED** to terminate all pending motions and close the file.

**DONE AND ORDERED** in Orlando, Florida on November 28, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties